**IN THE UNITED STATED DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **OLIVETTE TURNER** | * | **CASE NO. 3:21-cv-00117** |
| **Plaintiff** | | **Judge Michael J. Newman** |
| | | **Magistrate Judge Peter B. Silvain, Jr.** |
| vs. | * | |
| **CT OHIO ENGLEWOOD, LLC, etc., et al.** | | **AGREED ENTRY EXTENDING THE DEADLINE FOR DEFENDANT, CT OHIO ENGLEWOOD LLC, AKA AND DBA ENGLEWOOD HEALTH AND REHAB AND TRIO HEALTHCARE, LLC, TO PRODUCE EXPERT WITNESS REPORTS** |
| | * | |
| **Defendants** | | |

By agreement of the parties and for good cause, the deadline for Defendant, CT Ohio Englewood, LLC, aka and dba Englewood Health and Rehab and Trio Healthcare, LLC (Improper Party), to produce expert witness reports is hereby extended by 14 days up to and including December 14, 2021. The extension is necessitated due to the press of business and not for delay. All other dates set in the Rule 26(f) Report of Parties filed on June 9, 2021 shall remain in effect.

IT IS SO ORDERED:

                                                                           *s/Peter B. Silvain, Jr.*
                                                                           Peter B. Silvain, Jr.
Approval by e-mail (11/17/21)                       U.S. Magistrate Judge

_____
Louis C. Schneider (0076588)
Thomas Law Offices, PLLC
250 East Fifth Street, Suite 440
Cincinnati, OH  45202
Office: (513) 360-6480
Fax:  (502) 495-3943
Attorney for Plaintiff

*/s/ Lindsay M. Johnson*

_____
Lindsay M. Johnson (0077753)
Meredith C. Turner-Woolley (0099270)
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
Phone: (937) 222-2424
Fax: (937) 222-5369
ljohnson@ffalaw.com
mturner-woolley@ffalaw.com
Attorneys for Defendants,
CT Ohio Englewood, LLC, aka and dba Englewood Health
and Rehab and Trio Healthcare, LLC (Improper Party)